IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION



| | | |
|---|---|---|
| BURNS, MORRIS & STEWART LIMITED PARTNERSHIP | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 9:03-CV-70 Jury Trial Demanded |
| THE STANLEY WORKS, | § § | |
| Defendant. | § § | |

### STIPULATION OF VOLUNTARY DISMISSAL

**COME NOW** Plaintiff Burns, Morris & Stewart and Defendant The Stanley Works and file this Stipulation respecting the claims, counterclaims and defenses in this civil action.

Pursuant to a settlement agreement between the parties regarding this civil action, Plaintiff Burns, Morris & Stewart hereby stipulates and agrees to voluntarily dismiss its claims that The Stanley Works product which is more fully described on Exhibit "A" attached hereto infringes one or more of BMS patents with prejudice. Defendant The Stanley Works hereby stipulates and agrees to voluntarily dismiss its counterclaims and defenses in this case without prejudice. All claims, counterclaims and defenses are hereby withdrawn from this case.

Signed this 9th day of October, 2003.



DLI-5797931v1

Respectfully submitted,

*/s/ Claude E. Welch*

Claude E. Welch
Texas Bar No. 21120500
115 W. Shepherd Ave.
Lufkin, Texas 75901
936 639-3311
936-639-3049 Fax

Jeffrey S. Standley
James L. Kwak
Michael Stonebrook
STANDLEY & GILCREST LLP
495 Metro Place South, Suite 210
Dublin, Ohio 43017

Steve Roper
ZELESKEY, CORNELIUS,
 HALLMARK, ROPER & HICKS, LLP
1616 South Chestnut Street
P.O. Drawer 1728
Lufkin, TX 75902-1728

**ATTORNEYS FOR PLAINTIFF
BURNS, MORRIS & STEWART
 LIMITED PARTNERSHIP**

*/s/ Mark N. Reiter*
Mark N. Reiter, Esq.
State Bar No. 16759900
mnreiter@jonesday.com
Attorney-in-Charge
Steven M. Geiszler, Esq.
State Bar No. 24032227
smgeiszler@jonesday.com
JONES DAY
2727 North Harwood Street
Dallas, Texas 77501
Telephone: 214/220-3939
Facsimile: 214/969-5100


Carl R. Roth, Esq.
State Bar No. 17312000
cr@rothfirm.com
Michael C. Smith, Esq.
State Bar No. 18650410
ms@rothfirm.com
THE ROTH LAW FIRM
115 N. Wellington, Suite 200
Marshall, Texas 75670
Telephone: 903/935-1665
Facsimile: 903/935-1797

**ATTORNEYS FOR DEFENDANT
THE STANLEY WORKS**

DLI-5797931v1

# STANLEY
## DOOR SYSTEMS

# CONTINUOUS HEAD & SILL SYSTEM



**S**tanley's Continuous Head & Sill System for entry doors and sidelites provides a high performance, ready-to-install frame designed to meet the needs of today's professional builder. This innovative system delivers enhanced strength and weatherability, and comes in a wide variety of sizes.

**Stanley's Continuous Head & Sill System is available in double bore 6-6, 6-8, 8-0 and cut-down heights; 12" and 14" sidelites.**

## BENEFITS

- Ready-to-install door and sidelite frame system
- One-piece head and sill construction delivers superior structural integrity and easy installation
- Up-to-date, clean-looking appearance
- Composite mull boots provide superior weather resistance where mullions meet the sill
- Weather-resistant sill plate provides tight seal to the caulking surface of the floor
- Simpler, more efficient assembly and reduced parts inventory for fabricators
- Accepts a wider variety of door styles and sizes

**S T A N L E Y   D O O R   S Y S T E M S**



# STANLEY DOOR SYSTEMS

# CONTINUOUS HEAD & SILL SYSTEM

**FEATURES**



Frame design utilizes one mullion for both 4-9/16" and 6-9/16" widths; non-handed hinge mullion reduces inventory requirements



Composite mull boot provides additional weather resistance to mullions



Solid sidelite spacer accommodates both sidelite units and direct set glass



Optional one-piece storm door spacer available for 4-9/16" and 6-9/16" jamb widths



Composite adjustable sill with sill plate; sill available in mill, brass and bronze finishes to match decorative glass caming and hinges



**STANLEY**

www.stanleyworks.com

© Stanley 2001

D1943

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| BURNS, MORRIS & STEWART LIMITED PARTNERSHIP | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 9:03-CV-70 Jury Trial Demanded |
| THE STANLEY WORKS, | § § | |
| Defendant. | § | |

**ORDER ON STIPULATION OF DISMISSAL WITHOUT PREJUDICE
RE: U.S. PATENT NOS. 5,661,943 AND 6,122,882**

The Court hereby approves the parties' Stipulation of Voluntary Dismissal of all claims, counterclaims and defenses dated October 9, 2003 in this civil action. As set forth in the Stipulation, Plaintiff's claims are dismissed with prejudice. Defendant's counterclaims and defenses are dismissed without prejudice.

Signed this _____ day of _____, 2003.

_____
JOHN HANNAH, JR.
Chief, United States District Judge

DLI-5797931v1